# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**
OCT 22 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**CASE NUMBER:** CR 24 554 WHO

**CASE NAME:**
USA v. FANY REANOS MORENO

| Field | Response |
|---|---|
| Is This Case Under Seal? | Yes ☐ No ✓ |
| Total Number of Defendants: | 1 ✓  2-7 ☐  8 or more ☐ |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes ☐ No ✓ |
| Venue (Per Crim. L.R. 18-1): | SF ✓  OAK ☐  SJ ☐ |
| Is this a potential high-cost case? | Yes ☐ No ✓ |
| Is any defendant charged with a death-penalty-eligible crime? | Yes ☐ No ✓ |
| Is this a RICO Act gang case? | Yes ☐ No ✓ |

**Assigned AUSA (Lead Attorney):** John Ullom

**Date Submitted:** 10/22/2024

**Comments:**

RESET FORM     SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)

# United States District Court

## FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

**FILED**
OCT 22 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

**CR 24 554 WHO**

FANY REANOS MORENO

DEFENDANT(S).

---

# INDICTMENT

21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Fentanyl;
21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Methamphetamine
18 U.S.C. § 2 – Aiding and Abetting
21 U.S.C. § 853 – Forfeiture Allegation

---

A true bill.

/s/ Foreperson of the Grand Jury
                                        Foreman

Filed in open court this 22nd day of October 2024.

                                        Clerk

Bail, $ Warrant

Hon. Peter H. Kang U.S. Magistrate Judge

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

FILED
OCT 22 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WHO

CR 24 554

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FANY REANOS MORENO,<br><br>Defendants. | CASE NO.<br><br>VIOLATIONS:<br><br>21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Fentanyl;<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Methamphetamine<br>18 U.S.C. § 2 – Aiding and Abetting<br>21 U.S.C. § 853 – Forfeiture Allegation<br><br>SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:    (21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Fentanyl; 18 U.S.C. § 2 – Aiding and Abetting)

On or about August 7, 2024, in the Northern District of California, the defendant,

FANY REANOS MORENO,

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section § 2.

INDICTMENT

COUNT TWO:       (21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Methamphetamine; 18 U.S.C. § 2 – Aiding and Abetting)

On or about August 7, 2024, in the Northern District of California, the defendant,

FANY REANOS MORENO,

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section § 2.

FORFEITURE ALLEGATION:       (21 U.S.C. § 853)

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Upon conviction of any of the offenses alleged above, the defendants,

FANY REANOS MORENO,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), all right, title, and interest in any property constituting or derived from any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation, including but not limited to a forfeiture money judgment and the following items seized on or about August 7, 2024:

    a.    $68,049 in U.S. currency;
    b.    $83 in U.S. currency;
    c.    a digital weight scale;
    d.    a money counter;
    e.    Mega-T square press; and,
    f.    two cellular telephones.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;

INDICTMENT                      2

|   |   |   |
|---|---|---|
| c. | has been placed beyond the jurisdiction of the court; |
| d. | has been substantially diminished in value; or |
| e. | has been commingled with other property which cannot be divided without difficulty, |

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED:   October 22, 2024                                    A TRUE BILL.

                                            */s/ Foreperson*
                                            FOREPERSON
                                            San Francisco

ISMAIL J. RAMSEY
United States Attorney

*/s/ John Ullom*
JOHN ULLOM
Special Assistant United States Attorney

INDICTMENT                                                       3