IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FANY REANOS-MORENO,<br><br>    Defendant. | **Case No.:** CR 24–0554 WHO (PHK)<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE** |

With the concurrence of U.S. Pretrial Services Officer Brad Wilson the parties stipulate and jointly request that, in order to facilitate her counseling and other programming, the conditions of pretrial release for Defendant Fany Reanos-Moreno be amended to adjust her curfew time to require to her to be at home from 5:00 p.m. to 9:00 a.m., with all other conditions to remain the same.

IT IS SO STIPULATED.

| May 2, 2025 | PATRICK ROBBINS |
| Dated | Acting United States Attorney |
| | Northern District of California |

/S
AJAY KRISHNAMURTHY
Assistant United States Attorney

| May 2, 2025 | JODI LINKER |
| Dated | Federal Public Defender |
| | Northern District of California |

/S
DANIEL P. BLANK
Assistant Federal Public Defender

IT IS SO ORDERED.

| Dated | PETER H. KANG |
| | United States Magistrate Judge |