JODI LINKER
Federal Public Defender
DANIEL P. BLANK
Senior Litigator
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:          Daniel_Blank@fd.org

Counsel for Defendant REANOS MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FANY REANOS MORENO,<br><br>Defendant. | Case No.: CR 24–0554 WHO<br><br>**DEFENDANT'S STATUS CONFERENCE MEMORANDUM**<br><br>**Court:**   Hon. William H. Orrick<br>**Date:**    June 12, 2025<br>**Time:**    1:30 p.m. |

**STATUS CONFERENCE MEMORANDUM**

At the last appearance in the above-referenced case, Defendant Fany Reanos Moreno advised the Court that she was interested in resolving her case with a guilty plea and a request for informal deferred sentencing, because she is ineligible for such established programs as LEADS (she is over 26 years old at the time of the offense) and CAP (she does not have a drug addiction). In response, the Court suggested that Ms. Reanos, with the help of her counsel and in consultation with U.S. Pretrial Services, put together a detailed plan for what she proposed to do during a period of deferred sentencing if granted by the Court after a guilty plea. Ms. Reanos respectfully submits the attached plan for the Court's consideration. *See* Attachment A.

As the Court is aware, Ms. Reanos is the single parent of an infant child, born shortly after her arrest in this case. Along these lines, the proposed deferred sentencing programming includes not only vocational training and mental health treatment but also parenting classes and childcare support. U.S. Pretrial Services Officer Brad Wilson has reviewed the deferred sentencing proposal for Ms. Reanos and has no objections to it, noting that in his opinion it is "well balanced" to meet her needs.

Dated:     June 3, 2025

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

　　　　　/S
DANIEL P. BLANK
Senior Litigator