# ATTACHMENT A

# DEFERRED SENTENCING PLAN FOR
# FANY REANOS- MORENO

*Prepared by Shannon Gordhamer, MSW, Social Worker, Federal Public Defender's Office*

The goal of Ms. Reanos-Moreno's deferred sentencing plan is to provide resources that will support her over the next year. The plan focuses particularly on stable housing, vocational training, employment, parenting classes, childcare, and behavioral healthcare. It is designed to provide a broad range of services available in Alameda County.

# HOUSING

Ms. Reanos-Moreno has approved stable housing with her sister in Oakland.

**Sonia Danely Reanos-Moreno**
1920 83rd Ave.
Oakland, CA 94621

# VOCATIONAL TRAINING

Ms. Reanos-Moreno is currently enrolled in both the Acrylic Nail Technician Certification and Master in Acrylic Nail programs at Beauty & Elegance Academy. She attends the program on Mondays from 10am-2pm. She will complete both programs in August 2025. Her goal is to become a certified nail technician.

**Beauty & Elegance Academy**
15301 Hesperian Boulevard
San Leandro, CA 94578
(510) 557-7079
https://www.beautyeleganceacademy.com/unas-acrilicas/

In the Acrylic Nail Technician Certification program, she will learn the skills and techniques to create popular acrylic nail designs, as well as valuable knowledge of nail structure, how to avoid mistakes and workplace injuries when preparing natural nails for nail extensions, and the best cutting-edge acrylic nail techniques.

**CURRICULUM**
- Introduction to the World of Nails
- Nail Diseases

- The Limes
- Nail Drill
- Hygiene
- Basic Manicure
- Enameled
- Gel Polish
- Acrylic Nail
- Acrylics Chemical Composition
- Decorations
- Encapsulated
- French Tip
- Sculptural Nails
- Fillings and Maintenance

# BEHAVIORAL HEALTHCARE

Ms. Reanos-Moreno will access mental health counseling for monolingual Spanish speakers at Casa del Sol in Oakland. These services are accessed on a walk-in basis. The therapist determines the length of treatment after conducting an initial assessment.

**La Clinica/Casa del Sol**
1501 Fruitvale Avenue
Oakland, CA 94601
(510) 535-6200
Hours: Monday-Friday 9:00am-6:00pm
https://laclinica.org/location/casa-del-sol/

La Clínica Community Behavioral Health Department, Casa del Sol, has played an important role in helping Spanish speakers who would not otherwise receive counseling or crisis intervention services. Casa del Sol currently offers behavioral health services for Alameda County residents through a variety of programs that are funded to provide treatment to Alameda County's Spanish speaking communities.

Integrated Behavioral Health (IBH) Clinicians provide brief assessment, individual and group treatment, as well as crisis intervention for children, adolescents, and adult patients in Alameda County. Case Managers provide psychoeducation, linkage and referral to community resources. Patients can access IBH services for a wide range of psychosocial concerns across the lifespan including parenting support, health crises, grief and loss, mental health concerns and substance use.

# PARENTING CLASSES

Ms. Reanos-Moreno will enroll in parenting classes through Banana's Inc. Classes are held every Tuesday from 10:30am-12:00pm.

**Havenscourt Cubhouse, Banana's Inc.**
6818 Lion Creek Way
Oakland, CA 94618
(510) 267-8800

BANANAS offers monthly workshops, classes, and support groups in Oakland. Workshops help parents approach the childcare selection process, improve their parenting skills, and learn new coping tactics for a range of issues.

# EMPLOYMENT & CHILDCARE

Ms. Reanos-Moreno is eligible for employment services through East Bay Works – Unity Council. They offer orientations and supportive services for job seekers in Spanish.

**East Bay Works – Unity Council**
1900 Fruitvale Ave., Suite 2A
Oakland, CA 94601
Hours: 2:00pm-3:00pm
**Contact: Juana Pablo**
jpablo@unitycouncil.org
https://www.eastbayworks.com/events/the-unity-council-orientation-spanish/

The Unity Council, through East Bay Works, provides weekly employment orientations in Spanish. Ms. Reanos-Moreno can receive assistance with her job search.

Reanos-Moreno may also be eligible for free childcare from Havenscourt Cubhouse to support her while she's attending school, as well after she is employed. This organization provides childcare to families in four specific zip codes in Oakland, including the one where Ms. Reanos-Moreno lives.

**Havenscourt Cubhouse through Bananas, Inc.**
6818 Lion Creek Way
Oakland, CA 94618
Contact: **Mayra Morales (510) 658-7353 x162**
mayra@bananasbunch.org
https://bananasbunch.org/child-care-options/

3

Bananas, Inc. assists families with finding appropriate childcare including Family Child Care Homes: Large and Small, Shares, Child Care Centers: Nursery Schools and Preschools, In-Home Caregivers: Nannies and Babysitters, and Free Virtual Playgroups, Educational Resources and Child Care Provider Support.

# PUBLIC BENEFITS

Ms. Reanos-Moreno will apply for Women, Infants, and Children (WIC) support for her young daughter. WIC appointments are scheduled by calling (510) 595-6400.

**Alameda County Public Health Department**
1100 San Leandro Boulevard
San Leandro, CA 94577
(510) 595-6400

To qualify for WIC, she must meet income guidelines and be in any of the categories below:
- A pregnant woman
- A woman breastfeeding a baby under 1 year of age
- A woman who had a baby or was pregnant in the past 6 months
- A baby up to his or her first birthday
- A child up to his or her fifth birthday
- She may qualify if she receives Medi-Cal, CalWORKs (TANF) or CalFresh (SNAP) benefits.
- Working families, military families and migrant families
- Foster parents and legal guardians with a child under 5 years old are welcome to apply.

WIC (Women, Infants & Children) is a national supplemental food and nutrition program for growing families. The program provides nutritional education, breastfeeding support, benefits for healthy foods, and referrals to health care and other community services.

**WIC provides:**
- Individual nutrition counseling and group classes
- Breastfeeding help, including a Helpline, lactation consultants, peer counselors and breast pumps (upon assessment)
- Help getting health insurance and find a doctor or dentist, and dental screenings
- Reminders about immunizations and other important health information
- Referrals to other community programs that help families
- WIC Card to buy healthy foods at local grocery stores
- Summer checks to buy fresh fruits and vegetables at the Farmers Market