**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL MINUTES
for proceedings held on February 5, 2026

Before Judge WILLIAM H. ORRICK

24-cr-00554-WHO-1  – UNITED STATES v. FANY REANOS MORENO

Time in court: 1:36 p.m. to 2:14 p.m. (38 minutes)

| | |
|---|---|
| Attorney for United States: | Kevin Barry |
| Attorney for Defendant: | Daniel Blank |

| | |
|---|---|
| Courtroom Deputy Clerk: | Jean Davis |
| Court Reporter: | Ruth Levine Ekhaus |
| Probation Officer: | Pepper Friesen |
| Interpreter: | Daniel Navarro (Spanish) |

Defendant was present for hearing
Defendant is not in custody

**PROCEEDINGS**

Sentencing held. Counsel confirm that the Court has reviewed all appropriate materials. Defense objection to the Presentence Report guidelines calculations based on the gross weight of drugs rather than upon net weight. Counsel and Probation heard as to the issue. Based on the stipulation of the parties to an offense level, the issue is rendered moot. The guideline calculations are reviewed with counsel, and they are heard as to the §3553(a) factors. Ms. Reanos Moreno is heard on his own behalf.

Defendant is committed to the Bureau of Prisons for a term of **30 months** as to each of Counts 1 and 2, counts to run concurrently. While in custody, the Court recommends to the Bureau of Prisons that Defendant participate in the Residential Drug and Alcohol Treatment Program (RDAP) if eligible or an alternate program of Cognitive Behavioral Therapy.

The custodial sentence will be followed by **3 years** of Supervised Release, consisting of 3-year terms as to each of Counts 1 and 2, terms to run concurrently. See Judgment for special conditions. It is anticipated that the Defendant will be deported upon release from custody and will be unavailable to be supervised.

A special assessment fee of $200.00 is imposed. Fine waived.

Defendant shall forfeit any interest in the currency, cell phones, and equipment seized in connection with her arrest.

.
Defendant is advised of her appeal rights.

Defendant shall self-surrender to the designated facility or to the U.S. Marshals if no designation is made on or before **April 6, 2026**.